**2017–0767.   State v. Russell.**
Franklin App. No. 16AP–542, 2017-Ohio-2871. Appellant's motion to take judicial notice denied as moot.